UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| FRANCISCO MATIAS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> WARDEN, ETOWAH COUNTY ) <br> JAIL, ) <br> ) <br> Respondent. ) | Civil Action Number <br> **4:19-cv-01052-AKK-HNJ** |

## MEMORANDUM OPINION

This is an action filed pursuant to 28 U.S.C. § 2241 challenging the legality of the Petitioner's continued detention by federal immigration authorities pending his removal from the United States. On August 21, 2019, the magistrate judge entered a report recommending the Respondent's Motion to Dismiss be granted and the Petition be dismissed as moot. Doc. 6. Although the Petitioner was advised of his right to file specific written objections within fourteen days, no objections have been received by the court.

After careful consideration of the record in this case, including the magistrate judge's report, the court hereby **ADOPTS** the report of the magistrate judge and **ACCEPTS** his recommendations. In accordance with the recommendation, the

court finds that the Respondent's motion is due to be granted and the Petition is due to be dismissed as moot.

A separate order will be entered.

The Clerk is **DIRECTED** to serve a copy of this Memorandum Opinion and its accompanying Final Judgment on the Petitioner and on counsel for the Respondent.

**DONE** the 17th day of September, 2019.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE